FILED (4)

DEC 10 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Your Name: Desiree A Robledo

Your Address: 1464 mets Rd Soledad CA, 93960

Phone Number: 831 944.3783

Email Address: 

Pro Se Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Desiree A Robledo<br>Plaintiff,<br><br>v.<br><br>Google LLC, Fowes Azzubad CA HI<br>Defendant. | Case Number [leave blank] C 25 10583 NC<br><br>COMPLAINT<br><br>DEMAND FOR JURY TRIAL<br>Yes ☐ No ☐ |

## I. PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Desiree A Robledo

Address: 1464 metz Rd Soledad CA 93960

Telephone: 831 744.3783

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:

Name: Fowas Aszubadi

Address: 4th St Soledad CA

Telephone: 

Defendant 2: Google LLC

Name: ______________________________

Address: ______________________________

Telephone: ______________________________

Defendant 3:

Name: ______________________________

Address: ______________________________

Telephone: ______________________________

## II. JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3. My case belongs in federal court

☑ under federal question jurisdiction because it involves a federal law or right.

Which federal law or right is involved?

______________________________

☑ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

## III. VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.

4. Venue is appropriate in this Court because:

☑ a substantial part of the events I am suing about happened in this district.

☑ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## IV. INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland; (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

5. Because this lawsuit arose in Santa Clara County, it should be assigned to the San Jose Division of this Court.

## V. STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, **starting with paragraph number 6**. Use more pages as needed.

Defendants knowly and intentully deployed technologie and services im a manner that violates my legal right to my Ein digital assets tin numyer

a behavior AI even driven system automatd who identy I dont know track my digital activity without Consent by accesing my accouns device and Cominicaton The actors deployed scripts. device mangment configuration. without my content

imposters adad a sarup to Recove payment

de fault Judment without prober notice I never Recewed mail I have not added POA or Power of attorny

Rwane lost 1.2 billons dollars and countiny Fraud apone the courts.

## VI. CLAIMS

**First Claim**

Name the law or right violated: 188. S. Ct 2206 573. US 373

EC·PA . 18.U.S.C , 557. US 3005 (200a)

Name the defendants who violated it:

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

The digital Evidence is unreliable and Inadmissable, Lack of chain of custody Data. Project. misrepresented

P2P handeling evidence handling warrantless searches of device Called number sharing to a number I dont know Email taken over

The following tracking number were Fraudulently a stolen my pacers acount was access and changed and Plundit to me hub spot

by he acts and omission described be lowed they caused damage.

**_____________ Claim**

Name the law or right violated:

_______________

Name the defendants who violated it:

Fowas Azubuike

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

has participated in on line voip calls tracking off my mail and theft of my Phin number and depos tied to my accounts he also falsified doc and intercepted mail without my knowledge

## VII. DEMAND FOR RELIEF

State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

I ask the courts to vacate judgments and allow me to file responsive pleading

I did not get served properly

## VIII. DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 12/10/24 Sign Name: [signature]

Print Name: [illegible]

Copy this page and insert it where you need additional space.